O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE MURILLO,[1] | ) | NO. CV 11-09670-MAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN,[2] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings

///

///

---

[1] In the Joint Stipulation, it was noted that plaintiff's name was misspelled in the Complaint. (Joint Stipulation ("Joint Stip.") at 1.) According to the Joint Stip., the correct spelling of plaintiff's surname is Murillo, not Murrillo. (*Id.*)

[2] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (*See* Fed. R. Civ. P. 25(d).)

consistent with the provisions of the Memorandum Opinion and Order.

DATED:   March 27, 2013

*Margaret A. Nagle*
_____
             MARGARET A. NAGLE
        UNITED STATES MAGISTRATE JUDGE

consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 27, 2013

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE