Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lee Murillo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MURILLO, | ) Case No.: CV 11-9670 MAN |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):

IT IS ORDERED that fees and expenses in the amount of $3,850.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, shall be awarded subject to the terms of the Stipulation.

DATE: June 26, 2013

*Margaret A. Nagle*

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-